IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALVARO BORJA, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action No. 3:05-CV-1338-D |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent § | |

### ORDER

After reviewing all relevant matters in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 27, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE